FILED
2011 Dec-14 PM 01:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| FIRST SOUTH FARM CREDIT ACA      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| v.      ) | Case No. 7:10-cv-1408-TMP |
| ) | |
| GREGORY T. SMITH, *et al.*,      ) | |
| ) | |
| Defendants.      ) | |

## ORDER OF DISMISSAL

The parties have filed a joint stipulation of dismissal without prejudice. The parties have consented to the jurisdiction of the undersigned magistrate judge pursuant to 28 U.S.C. § 636(c). Accordingly, any and all claims against defendants are DISMISSED WITHOUT PREJUDICE, each party to bear his or its own costs.

DONE the 14th day of December, 2011.

T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE